# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2016

Robert P. Young, Jr.,
Chief Justice

152758(44)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

COVENANT MEDICAL CENTER, INC.,
       Plaintiff-Appellee,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
       Defendant-Appellant.
_____/

SC: 152758
COA: 322108
Saginaw CC:  13-020416-NF

On order of the Chief Justice, the motion of the Michigan Defense Trial Counsel for leave to file a brief amicus curiae is GRANTED.  The amicus brief will be accepted for filing if submitted within 21 days after the plaintiff-appellee files its brief or the time for filing such brief has expired.  MCR 7.312(H)(3).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

     August 12, 2016



Clerk